UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY THIGPEN,

    Plaintiff,

v.      Case No: 8:25-cv-1340-WFJ-LSG

WEST CREEK FINANCIAL, INC.,
BDS GROUP, INC. and STINGRAY
CHEVROLET BARTOW, LLC,

    Defendants.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 15)** that the above-styled action has been settled as to Defendants West Creek Financial, Inc. ("West Creek") and BDS Group, Inc. ("BDS Group") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendants West Creek and BDS Group and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to these two Defendants only.

**DONE** and **ORDERED** in Tampa, Florida on July 24, 2025.

        s/*William F. Jung*
        **WILLIAM F. JUNG**
        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record